930 A.2d 1253

In re ARBITRATION BETWEEN DUNCANNON BOROUGH MUNICIPAL AUTHORITY AND PENN TOWNSHIP MUNICIPAL AUTHORITY

Petition of Penn Township Municipal Authority.

Supreme Court of Pennsylvania.

Aug. 13, 2007.

## *ORDER*

PER CURIAM:

AND NOW, this 13th day of August, 2007, the Petition for Allowance of Appeal is hereby treated as a Petition for Review, *see Vaccone v. Syken*, 587 Pa. 380, 899 A.2d 1103, 1106 n. 2 (2006), and the order of the Commonwealth Court is **AFFIRMED.**